Mae Sullivan, Administratrix of Estate of Robert C. Sullivan, Deceased, Appellant, v. Union Transfer Company of Omaha, Appellee.

Gen. No. 43,423.

opinion filed November 20, 1946; rehearing denied December 4, 1946; released for publication December 5, 1946. Joseph D. Ryan, for appellant; James J. McKenna, for appellee; Edward A. Dreis, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.